UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE UNITED STATES IN AND FOR | § | |
| THE BENEFIT OF TECHNIQUEX, LLC | § | |
| | § | |
| v. | § | C.A. No. C-05-100 |
| | § | |
| AMIGO BUILDING CORP. and | § | |
| HARTFORD FIRE INSURANCE CO. | § | |

### MEMORANDUM OPINION AND ORDER GRANTING THIRD-PARTY PLAINTIFF'S MOTION TO DISMISS

Third-party plaintiff Amigo Building Corporation (Amigo) has submitted to the Court notice that it wishes to voluntarily dismiss its complaint against third-party defendants South West Texas Environmental Contractors, Inc. and American Guarantee and Liability Life Insurance Company (collectively "SWTE") with prejudice under Fed. R. Civ. P. 41(a)(1)(i) (D.E. 20).  SWTE does not oppose this motion.  Amigo's motion to dismiss these claims is GRANTED.  Amigo's claims against SWTE are hereby dismissed with prejudice.

Also pending before the Court is SWTE's Rule 12(b)(1) Motion to Dismiss Amigo's third-party complaint based on lack of subject matter jurisdiction (D.E. 14). Since Amigo's claims are being dismissed by this order, this motion is DENIED as moot.

Ordered this  4  day of  December , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE